835 F.2d 283
 128 L.R.R.M. (BNA) 2567
 International Brotherhood of Boilermakers, Iron Ship
Builders, Blacksmiths, Forgers and Helpers,
AFL-CIO, Jones (Charles W.), Wahn
(Donald), Harden (Henry)
v.
Szoke (Alexander J.), Martin (William H.), Wright (Marvin),
Raysely (Steven), Wolfel (Jonathan), Independent
Workers of North America
 NO. 87-1288
 United States Court of Appeals,
Third Circuit.
 NOV 12, 1987
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.